BRETT L. TOLMAN, United States Attorney (#8821)
DUSTIN PEAD, Assistant United States Attorney (#8251)
BRETT R. PARKINSON, Assistant United States Attorney (#10310)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: 801-524-5682
Facsimile: 801-524-4475

FILED
U.S. DISTRICT COURT
2007 SEP 28  P 1: 16
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AMANDA JOHNSON, <br><br> Defendant. | MISDEMEANOR INFORMATION <br><br> Vio: 8 U.S.C. § 1325(a)(3) and 18 U.S.C. § 2 (Aiding and Abetting the Attempted Entry of an Illegal Alien) <br><br> Case: 2:07po00673 <br> Assigned To : Wells, Brooke C. <br> Assign. Date : 9/28/2007 <br> Description: USA v Johnson |

The United States Attorney charges:

**Count 1**
**8 U.S.C. § 1325(a)(3) & 18 U.S.C. § 2**
**(Aiding and Abetting the**
**Attempted Entry of an Illegal Alien)**

On or about January 20, 2004, in the Central Division of the District of Utah and

elsewhere,

AMANDA JOHNSON,

the defendant herein, did knowingly aid and abet Chinh Do Nguyen, an alien, in an attempt to knowingly obtain entry to the United States by a willful false and misleading representation, to wit, by filing a United States Citizenship and Immigration Services Form I-129F (Petition for Alien Fiancé), which falsely stated that Chinh Do Nguyen was the defendant's bona fide spouse, which was done for the purpose of fraudulently and unlawfully permitting Chinh Do Nguyen to come to, enter, and reside in the United States.

All in violation of 8 U.S.C. § 1325(a)(3) and 18 U.S.C. § 2, and punishable by the same.

DATED this 29th day of September, 2007.

> BRETT L. TOLMAN
> UNITED STATES ATTORNEY
>
> /s/ Brett R. Parkinson
>
> BRETT R. PARKINSON
> Assistant United States Attorney